# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
|     **Plaintiff,** | **Case No. 2:12-cr-31** |
|     **v.** | **Judge Peter C. Economus** |
| **WARREN A COMAN, II,** | **ORDER** |
|     **Defendant.** | |

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 11) that Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Count 1 of the indictment, on which Defendant is hereby adjudged guilty. Decision on acceptance or rejection of the plea agreement is deferred for consideration after the preparation of a presentence investigation report.

**IT IS SO ORDERED.**

                                                        **/s/ Peter C. Economus - May 15, 2012**
                                                        **UNITED STATES DISTRICT JUDGE**